Dina L. Anderson
Chapter 7 Trustee
21001 N. Tatum Blvd.
#1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Telephone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 19-06157-DPC |
| PORSCHE A RODGERS, | Chapter 7 |
| Debtor(s). | **BAR DATE NOTICE OF TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT** |

**NOTICE IS HEREBY GIVEN** that Dina L. Anderson, Chapter 7 Trustee herein ("Trustee"), has filed an *Objection to Property Claimed Exempt* ("Objection") in connection with the exemption claimed by Debtor in garnished funds.

Any person opposing the Trustee's Objection must file a written Response with the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003, within 21 days of service of this Notice and a copy of said Response shall be served upon Dina L. Anderson, Chapter 7 Trustee, at the address above.

If a Response to the Objection is timely filed and served, the Trustee will request a hearing from the Court. If no Response is filed and served, an Order sustaining the Objection may be entered by the Court without a hearing.

Dated: August 7, 2019 */s/ Dina L. Anderson*
Chapter 7 Trustee

1

Copies mailed to the following parties on
August 7, 2019:

DEBTOR:
Porsche A Rodgers
4939 W Ray Road, Unit 233
Chandler, AZ 85226

And copies emailed to the following parties on
August 7, 2019:

DEBTOR'S ATTORNEY:
Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
tom@nwrelief.com

OFFICE OF THE UNITED STATES TRUSTEE:
Jennifer A. Giaimo
Jennifer.A.Giaimo@usdoj.gov


*/s/ Lisa Bailey*
Lisa Bailey